UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY J. IRVIN, | Case No. 25-cv-10088 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| WAYNE COUNTY FRIEND OF THE COURT, ANGELA PACHECO, GREGORY M. BARBEE, and HON. HELAL A. FARHAT, | |
| Defendant. | |
| _____ / | |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's order granting Defendants' motions to dismiss and motion for summary judgment, this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Date: June 18, 2025

s/ F. Kay Behm
F. Kay Behm
United States District Judge

1